UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:26-CR-00035(1)-DC |
| | § | |
| (1) JOHNATHAN EUGENE BOONE | § | |

## LIST OF WITNESSES

| **FOR** | **FOR DEFENDANT** |
|---|---|
| 1. | 1. Rhonda Johnson |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |